1042

No. 342, Misc. SMITH v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Thomas Kerrigan,* Deputy Attorney General, for respondent.

No. 511, Misc. COLLIER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 720, Misc. ANDERSON v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 749, Misc. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 948, Misc. STEVENSON v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 954, Misc. LAWRENCE v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 955, Misc. GAMBLE v. HASKINS, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 966, Misc. CAIN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 967, Misc. METCALF v. PATE, WARDEN. Cir. Ct., St. Clair County, Ill. Certiorari denied.